# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PPM ATLANTIC RENEWABLE,<br><br>                Petitioner<br><br>     v.<br><br><br>FAYETTE COUNTY ZONING HEARING BOARD, NEIL BROWN AND THOMAS J. BOZEK,<br><br>             Respondents | : No. 360 WAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.